UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMISSION,

          Plaintiff,

– against –

CURT KRAMER, POWER UP
LENDING GROUP, LTD., GENEVA
ROTH REMARK HOLDING, INC., *and*
1800 DIAGONAL LENDING, LLC,

          Defendants.

**ORDER**

24 Civ. 3498 (ER)

Ramos, D.J.:

    The parties are directed to appear for an oral argument on Defendants' motion to dismiss, Doc. 27, on March 11, 2025, at 11:00 a.m.

It is SO ORDERED.

Dated:   February 24, 2025
             New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.